IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANE SALAZAR, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1904 |
| | § | |
| STATE FARM LLOYDS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Counsel for plaintiffs filed a Motion to Compel, (Docket Entry No. 25). The filing of this motion is inconsistent with this court's procedures, which require the following:

> Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of any motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed fo on oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.

This motion is stricken. A premotion conference to address the subject matter of the motion is set for Friday, **February 7, 2014**, at 1:30 p.m. in Courtroom 11-B at the U.S. Courthouse, 515 Rusk, Houston, Texas.

SIGNED on February 5, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge